625 F.2d 331
 CATALANO, INC., et al., on behalf of themselves and all
others similarly situated, Plaintiffs-Appellants,
v.
TARGET SALES, INC., et al., Defendants-Appellees.
 Nos. 77-2221, 77-2222.
 United States Court of Appeals, Ninth Circuit.
 Submitted May 27, 1980.
Decided Aug. 11, 1980.
 
 1
 Appeal from the United States District Court for the Eastern District of California.
 
 
 2
 Jack B. Owens, Orrick, Herrington, Rowley & Sutcliffe, San Francisco, Cal., argued, for plaintiffs-appellants; Richard J. Lucas, San Francisco, Cal., James P. Samarco, Fresno, Cal., on brief.
 
 
 3
 G. Richard Doty, McCutchen, Black, Verleger & Shea, Los Angeles, Cal., argued, for defendants-appellees; J. Wallace Upton, Fresno, Cal., Pamela A. Rymer, Los Angeles, Cal., Ted R. Frame, Coalinga, Cal., on brief.
 
 
 4
 Before WALLACE and SNEED, Circuit Judges, and BLUMENFELD*, District Judge.
 
 
 5
 We further this case to the district court for further proceedings in accordance with Catalano, Inc. v. Target Sales, Inc., et al., --- U.S. ---, 100 S.Ct. 1925, 64 L.Ed.2d 580 (1980).
 
 
 
 *
 Honorable M. Joseph Blumenfeld, Senior United States District Judge for the District of Connecticut, sitting by designation